# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ellen A. Clemens,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                                  3:11cv599

Michael J. Astrue,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/15/2012 Order.

                                               Signed: May 15, 2012

                                               Frank G. Johns, Clerk
                                               United States District Court